**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUE TSANG, | Case No. EDCV 11-00287 VAP (OPx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| SELECT PORTFOLIO SERVICING, INC. et al., | |
| Defendants. | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE.  The Court orders that such judgment be entered.

Dated: August 24, 2011

*Virginia A. Phillips*
VIRGINIA A. PHILLIPS
United States District Judge